# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff, : Case No. 3:11-cr-0137

  -vs-                                               Magistrate Judge Michael R. Merz

:

DAVID T. HANO, JR.,

    Defendant.

## CONTINUANCE ENTRY

The initial appearance in this case occurred on November 2, 2011 (Doc. No. 5). Therefore, pursuant to the Speedy Trial Act (18 U.S.C. § 3161), the Court was required to commence trial not later than January 11, 2012. Trial was set for that date, but Defendant has moved to continue the trial based on his counsel's participation in the Ohio Supreme Court's Joint Task Force on the Death Penalty.

Defendant's Motion is granted and the trial is re-set for April 4, 2012, at 9:30 A.M. The Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the Defendant in a speedy trial. Defendant's counsel is not available on any of the other dates this Court has a courtroom available for trial between now and then and counsel's participation in the Joint Task Force is in the highest public interest.

January 9, 2012.

                                                                                               s/ **Michael R. Merz**
                                                                               United States Magistrate Judge